**HARRIS COUNTY SHERIFF'S OFFICE JAIL**
Name: Alton Williams
SPN: 01589841   Cell: 3-H-1
Street: 1200 Baker St
HOUSTON, TEXAS 77002

**aramark**

**INDIGENT**



U.S. POSTAGE
ZIP 77002
02 4W
0000368784

United States Courts
Southern District of Texas
FILED

APR 14 2020

David J. Bradley, Clerk of Court

CLERK
United States Di[strict]
Southern District [of Texas]
Post Office Box [61010]
Houston TX 772[08]

7720881010 B001